IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CLASSIC MARITIME INC., | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:21-CV-083-LY |
| | § | |
| XCOAL ENERGY AND RESOURCES LLC D/B/A XCOAL ENERGY AND RESOURCES, | § § § | |
|     DEFENDANTS. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On March 1, 2021, Plaintiff filed a Notice of Dismissal – Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. #13). Accordingly,

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _3rd_ day of March, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE